IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DONALD PITCHERS

v.  NO. 12-3468

NCO FINANCIAL SYSTEMS, INC.

JUDGMENT

FILED
NOV -5 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

BEFORE RUFE, J.

       AND NOW, to wit, this  5thday of November, 2012, in accordance with NCO  FINANCIAL  SYSTEMS,  INC'S    offer  of  judgment  and  plaintiff's  acceptance pursuant to F.R.C.P. 68,
       It is ORDERED that judgment is entered in favor of plaintiff DONALD PITCHERS and against defendant NCO FINANCIAL SYSTEMS, INC. in the amount of $500.00 together with interest and costs.

BY THE COURT:

ATTEST:

_____
Richard Sabol, Deputy Clerk

judg